ROSINA VIOLANO et al., as Administrators of the Estate of MICHAEL VIOLANO, Deceased, Appellants, *v.* MARY-LAND CASUALTY COMPANY, Respondent.

Argued June 9, 1937; decided July 13, 1937.

*Jay Leo Rothschild, Nathan Weinstein* and *Isidore L. Weishar* for appellants.

*George J. Stacy, James J. Manoney* and *Frederick L. Thielmann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and O'BRIEN, JJ.